# EXHIBIT A

PJ&A

PO Box 480149
Niles, IL 60714

Enrollment Code: 4FJB7ZBLYH

To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://response.idx.us/CHS

C 486932 T1548 P1 31 ********************AUTO**5-DIGIT 19119
Lazema Johnson
6640 Sprague St Apt A201
Philadelphia, PA 19119-3846

February 8, 2024

**NOTICE OF SECURITY INCIDENT**

Dear Lazema Johnson:

Perry Johnson & Associates, Inc. ("PJ&A") is writing to inform you of an event that may impact the security of certain information it maintains on behalf of its business partners, including Concentra Health Services, Inc. ("Concentra"). This event had no impact on Concentra's systems and was not the result of any activities or inactions on Concentra's part. Rather, you are receiving this letter because PJ&A experienced an event that impacted certain information it maintains related to Concentra's patients, including you. This notice provides information about the event, our response, and resources available to you to help protect your information from possible misuse, should you feel it is necessary to do so.

**What Happened?** PJ&A is a vendor that provides medical transcription services to healthcare organizations across the country, including Concentra. On May 2, 2023, PJ&A became aware of suspicious activity in its systems. PJ&A launched an investigation, with the assistance of third-party cybersecurity specialists, to determine the nature and scope of the event. The investigation determined that between March 27, 2023 and May 2, 2023, an unauthorized actor gained access to certain PJ&A systems and that information contained within those systems was accessible to the unauthorized actor. The investigation also determined that on or about April 7, 2023, and April 19, 2023, the unauthorized actor gained access to a system containing information related to Concentra patients.

PJ&A reviewed the potentially impacted data to identify the specific individuals with information that was potentially accessible during the event. Once complete, PJ&A notified Concentra of the event, as required, and provided Concentra with a list of its potentially impacted patients. Concentra promptly launched its own investigation and worked as quickly as possible to validate the results of PJ&A's review and locate missing address information. Concentra completed this process recently, and then we moved as quickly as possible to notify you of same.

**What Information Was Involved?** The types of information related to you that were potentially accessible during the event include your name, address, Social Security number and medical information.

**What We Are Doing.** The confidentiality, privacy, and security of information in our care are among our highest priorities. Upon becoming aware of the event, we moved quickly to investigate and respond to the event, assess the security of our systems, and notify potentially affected individuals. We are notifying potentially affected individuals, including you, so that you may take further steps to best protect your information, should you feel it is necessary to do so. We regret any inconvenience or concern this event may cause. As an added precaution, we are offering credit monitoring services through IDX for 12 months, at no cost to you.